to dismiss appeal granted, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANGELIA RANDAZZO.— *Motion* to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS I. ISQUITH.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HERMAN GROSS.— Motion to dismiss appeal denied, with leave to renew unless appellant procure the record on appeal to be served on or before the 21st day of December, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX WASSERMAN.— *Motion* to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DANIEL MCNAMEE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES ADCOCK.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of JOSEPH E. SERGIO GUEVAS, JR. (JOAB H. BANTON, District Attorney, etc.).— Motion to dismiss appeal granted, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of HERMAN BRANDT v. JAMES A. BEHA, as Superintendent of Insurance of the State of New York.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HARRY WALTERS v. CLAIREMONT STERILIZED EGG COMPANY and Others.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of DELLORA R. GATES, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOANNES BROTHERS COMPANY v. ARTHUR H. LAMBORN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FRANCIS MERRILL and Others, v. MARY T. SUTPHEN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

A. A. GARAGE, INC., v. ALBERT HELLER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOSEPH H. HAKIM v. CARL S. VIETOR and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOSEPH H. HAKIM v. CARL S. VIETOR and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

NELLIE SHEEHAN v. THE EAST 98TH ST. CORPORATION. THOMAS SHEEHAN v.